UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MARQUES**,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**WELLS FARGO BANK, N.A., ET AL.**,<br>　　　　　Defendants. | Case No.  16-cv-03973-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 13 |

　　　　On August 1, 2016, defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 13), which defendant NDEX West, LLC joined on August 9, 2016 (Dkt. No. 15).

　　　　On August 17, 2016, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Dkt. No. 17.)  In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot.  The hearing set for September 6, 2016 is **VACATED**.

　　　　This Order terminates Docket Number 13.

　　　　**IT IS SO ORDERED.**

Dated: August 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**