UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN MARQUES**,

    Plaintiff,

v.

**WELLS FARGO BANK, N.A., ET AL.**,

    Defendants.

Case No. 16-cv-03973-YGR

**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE AS MOOT**

Re: Dkt. No. 25

    Plaintiff requests permission to appear by telephone at the hearing on defendant Wells Fargo's motion to dismiss set for October 4, 2016. The Court has vacated the hearing on defendant's motion on that day. Accordingly, plaintiff's request to appear by telephone is **DENIED** as moot.

    This Order terminates Docket Number 25.

    **IT IS SO ORDERED.**

Dated: September 30, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**