UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOHN MARQUES**,

    Plaintiff,

v.

**WELLS FARGO BANK, N.A., ET AL.**,

    Defendants.

Case No. 16-cv-03973-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 13, 2017 at 2:00 p.m. |
| REFERRED TO COURT ADR FOR MEDIATION TO BE COMPLETED: | Within 90 Days of this Order |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None except by Court order |
| NON-EXPERT DISCOVERY CUTOFF: | April 3, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: April 3, 2017<br>Rebuttal: April 17, 2017 |
| EXPERT DISCOVERY CUTOFF: | May 1, 2017 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | May 16, 2017 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, June 30 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 7, 2017 |
| PRETRIAL CONFERENCE: | Friday, July 21, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, August 7, 2017 at 8:30 a.m. for 3 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1 Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, June 30, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

Parties' request for a trial date in December 2017 is **DENIED.** Should the parties require or prefer a different schedule, the Court is willing to entertain a request for transfer to a magistrate judge of the parties' choice for all purposes, including trial. The Court hereby **SETS** a compliance hearing for the parties to inform the Court whether they would like to request a transfer to a magistrate judge on **Friday, November 4, 2016** at **9:01 a.m.**, in Courtroom 1. By **Friday, October 28, 2016**, the parties shall file a JOINT STATEMENT indicating whether the parties are requesting such a transfer. If compliance is complete, the parties need not appear and the Court will take the compliance hearing off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The Court hereby **VACATES** the Case Management Conference currently set for Monday, October 17, 2016. Plaintiff's request to appear by telephone (Dkt. No. 32) is **DENIED** as moot.

This Order terminates Docket Numbers 27 and 32.

**IT IS SO ORDERED.**

Dated: October 13, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**